# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL BENDER,<br><br>Defendant. | 8:22CR83<br><br>FINDINGS AND RECOMMENDATION AND ORDER |

At the conclusion of the hearing on November 15, 2022, on Defendant's Motion to Suppress (Filing No. 34), I stated my conclusions on the record and my decision to recommend that the motion to suppress be denied. In accordance with that announcement,

**IT IS RECOMMENDED** to the Honorable Robert F. Rossiter, Chief United States District Judge, that the Motion to Suppress (Filing No. 34) be denied in all respects.

**FURTHER, IT IS ORDERED:**

1. The clerk shall cause a transcript of the hearing to be prepared and filed.

2. Pursuant to NECrimR 59.2, any objection to the magistrate judge's Findings and Recommendations shall be filed with the Clerk of the Court within fourteen (14) days after the unredacted transcript is available to counsel. Failure to timely object may constitute a waiver of any such objection. Failure to file a brief in support of any objection may be deemed an abandonment of the objection.

Dated this 15th day of November, 2022.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge